**THIS ORDER IS SIGNED AND ENTERED.**

**Dated: November 16, 2015**

Hon. Catherine J. Furay
United States Bankruptcy Judge

___

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN
___

In Re:
Eric Getzloff,                                                    Case No. 15-12131
    Debtor.
___

ORDER
___

    Upon the Objection of Debtor, Eric Getzloff, by his attorney James V. Block of Krautkramer & Block LLC Law Firm, to the Proof of Claim No. 7 Filed by U.S. ROF III Legal Title Trust 2005-1, by U.S. Bank National Association, as Legal Title Trustee and notice being duly given and no response having been filed by U.S. ROF III Legal Title Trust 2005-1, by U.S. Bank National Association, as Legal Title Trustee,

    IT IS HEREBY ORDERED:

1.     That the arrearage claim of U.S. ROF III Legal Title Trust 2005-1, by U.S. Bank National Association, as Legal Title Trustee is limited to $10,811 and any remaining arrearage claim is reclassified as a Class Six unsecured claim.

    # # #