**THIS ORDER IS SIGNED AND ENTERED.**

**Dated: May 18, 2017**

_____
Hon. Catherine J. Furay
United States Bankruptcy Judge

_____

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In Re: | Case Number:  1−15−12131−cjf |
| Eric Getzloff | Chapter:   13 |
| Debtor(s). | |

### ORDER ON MOTION REGARDING LOAN MODIFICATION

The motion of the Debtor(s) to approve the modification of his/her mortgage loan was filed with the Court on 05/05/17. The Court, having reviewed the motion and the court record herein, authorizes the Debtor(s) to negotiate and enter into a loan modification. The Court expressly makes no findings or conclusions regarding the legal validity of the terms of the agreement.

###